Wicke v. Commissioner (12-cv-13329)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEWIS WICKE,

        Plaintiff,                   Civil Action No. 12-cv-13329
                                         HON. BERNARD A. FRIEDMAN   vs.
                                         MAG. JUDGE DAVID R. GRAND

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge David R. Grand's Report and Recommendation ("R&R") dated April 18, 2013 [docket entry 13]. Neither plaintiff nor the Commissioner has filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review this matter and believes that the magistrate judge reached the correct conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge David R. Grand's R&R, dated April 18, 2013, is hereby accepted and adopted.

IT IS FURTHER ORDERED that the Commissioner's motion for summary judgment is granted.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied.

Dated:  May 20, 2013                       S/ Bernard A. Friedman_____
        Detroit, Michigan                  BERNARD A. FRIEDMAN
                                                     SENIOR UNITED STATES DISTRICT JUDGE